THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* BENJAMIN WAGNER, Appellant.

(Argued February 18, 1929; decided March 19, 1929.)

*Benjamin Shalleck* and *Jesse R. Bacharach* for appellant.
*Charles J. Dodd, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.